AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:25-MJ-6150-HAI |
| | ) | |
| ASHLEY BEGLEY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____9/24/2025_____ in the county of _____Perry_____ in the
_____Eastern_____ District of _____Kentucky_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1114 | Attempted Murder of a Federal Law Enforcement Officer - 4 counts |
| 18 U.S.C. 924(c) | Use, Carry, and Discharge of a Firearm during a Crime of Violence - 1 count |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Jared T. Sullivan w.p.b. Hanly A. Ingram
*Complainant's signature*

DEA Special Agent Jared T. Sullivan
*Printed name and title*

Subscribed and sworn to by telephone per Rule 4.1(b)(2)(A).

Date: _____09/24/2025_____

*Judge's signature*

City and state: _____Lexington, Kentucky_____         U.S. Magistrate Judge Hanly A. Ingram
*Printed name and title*