## AFFIDAVIT

I, Jared T. Sullivan, a Special Agent (SA) with the Drug Enforcement Administration (DEA), United States Department of Justice (DOJ), being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. As noted, I am a duly sworn SA with the DEA and have been employed in that capacity since 2006.

2. I am currently assigned to the London, KY Resident Office and have been since January 2024.

3. Prior to employment with the DEA, I was employed as a police officer in the state of Ohio for nearly two (2) years. During my tenure with DEA, I have participated in numerous investigations involving violations of federal law. I have been trained in many aspects of narcotics investigations, and I am familiar with the laws promulgated under Title 21 of the United States Code, as well as various related criminal laws promulgated under Title 18 of the United States Code, including federal firearms offenses.

4. I have personally conducted and supervised the investigation, which is the subject of this affidavit, and I am familiar with the facts outlined below. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers involved in this investigation, including other Special Agents (SAs) and Task Force Officers (TFOs) of the DEA, as well as other Federal, State, and local law enforcement officers.

5. This Affidavit is intended for the purpose of providing probable cause for the issuance of an arrest warrant for Ashley Elizabeth BEGLEY for violations of 18 U.S.C. § 1114, that is, attempted murder of a federal law enforcement officer, and 18 U.S.C. § 924(c), that is, using, carrying, and discharging a firearm during a crime of violence. As such, this document contains only the information necessary to establish probable cause to believe BEGLEY committed the acts alleged herein. This document does not represent all the information uncovered by the government in this investigation.

    A. On 9/24/25, law enforcement officers with the DEA London Resident Office, accompanied by a member of the Perry County Sheriff's Office (SO), approached 412 Scuddy Mountain Road, in Scuddy, Perry County, KY, in an attempt to locate Clint Begley, who had an active state arrest warrant. When they arrived at the residence, law enforcement officers encountered Clint Begley, his wife Ashley Elizabeth BEGLEY, and Richard Sumner, a visiting neighbor. Law enforcement officers were wearing clothing clearly identifying them as "Police" and/or "DEA." The law enforcement officers also specfically identified themselves as being with the DEA and had substantial

1

communication with all three of the aforementioned individuals when they arrived at the residence. Ashley BEGLEY provided law enforcement officers with consent to search the residence. Following the search, law enforcement officers took Clint Begley into custody based on the warrant. While they were in the process of driving away from the residence, Ashley BEGLEY exited the house and fired a shot toward the line of vehicles. This shot struck one of the law enforcement vehicles which was occupied by DEA RAC Iain Dalrymple, TFO James Grigsby, TFO Steven Tyler Morris, and TFO Jake Miller. The law enforcement officers immediately exited their vehicles and multiple officers observed Ashley BEGLEY standing at the top of the driveway holding a firearm (pistol). Ashley BEGLEY quickly threw the pistol on the driveway and surrendered to the officers. Ashley BEGLEY was arrested at that time.

B. In a subsequent interview, Richard Sumner advised me that he had observed Ashley BEGLEY fire one round from the pistol towards the law enforcement officer's vehicles.

6.  Based on the foregoing, I believe there is probable and reasonable cause to believe that, in the Eastern District of Kentucky, Ashley Elizabeth BEGLEY, attempted to murder four federal law enforcement officers – as identified herein, and, in so doing, did use, carry, and discharge a firearm during a crime of violence – that is, the attempted murder of a federal law enforcement officer – all in violation of 18 U.S.C. §§ 1114, and 924(c).

/s/ Jared T. Sullivan w.p.b. Hanly A. Ingram
_____
DEA SA Jared T. Sullivan

Subscribed and sworn to per Rule 4.1(b)(2)(A) on September 24, 2025.

_____
HANLY A. INGRAM
U.S. MAGISTRATE JUDGE

2