UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NO. 6:25-CR-00074-REW-HAI

*__ELECTRONICALLY FILED__*

**UNITED STATES OF AMERICA,**                                                            **PLAINTIFF,**

**VS.**

**ASHLEY ELIZABETH BEGLEY,**                                           **DEFENDANT.**

---

### NOTICE OF INSANITY DEFENSE

---

      COMES NOW the Defendant, Ashley Elizabeth Begley, by and through the undersigned Counsel, and hereby gives notice to the Court and to the United States that she intends to assert an Insanity Defense at trial. This notice is filed pursuant to Rule 12.2 of the Federal Rules of Procedure.

      Respectfully submitted,

      */s/ Gregory A. Ousley*
      GREGORY A. OUSLEY
      Attorney at Law, PLLC
      605 E. Mt. Vernon Street
      Somerset, KY  42501
      (606) 677-1823 office
      (606) 678-0137 fax

### CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all Counsel of Record.

      */s/ Gregory A. Ousley*
      GREGORY A. OUSLEY
      Counsel for Defendant, Ashley Begley