# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:25-CR-74-REW-HAI**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                                **STATUS REPORT**

**ASHLEY ELIZABETH BEGLEY**                            **DEFENDANT**

\* \* \* \* \*

Pursuant to the Court's Order (DE 19 at ¶ 6), the United States submits the following status report:

Following the Court's order for evaluation, the Defendant's case was submitted to the BOP's Office of Medical Designations and Transportation for designation to a facility. Per the undersigned's most recent communications with USMS personnel, the Defendant was designated to MDC Los Angeles on the date of this filing.

                                                   Respectfully submitted,

                                                   PAUL C. McCAFFREY
                                                   ACTING UNITED STATES ATTORNEY

                             By:    */s/ W. Samuel Dotson*
                                   Assistant United States Attorney
                                   601 Meyers Baker Road, Suite 200
                                   London, KY 40741
                                   (606) 330-4827
                                   William.S.Dotson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

*/s/ W. Samuel Dotson*
Assistant United States Attorney