UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHLEY BEGLEY, ) <br> Defendant. ) ) ) ) | No. 6:25-CR-74-REW-HAI <br><br> ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

The government has filed a status report designating the Metropolitan Detention Center in Los Angeles, California, as the facility at which Defendant Ashley Begley is to receive a psychiatric or psychological examination pursuant to this Court's Order (D.E. 19) and 18 U.S.C. § 4247(b). D.E. 21. The Court therefore **ORDERS** as follows:

(1) Defendant **SHALL** be transported to MDC Los Angeles for a complete psychological or psychiatric examination to be made in accordance with 18 U.S.C. § 4247(b), as set forth more fully herein, by a licensed or certified psychiatrist and/or clinical psychologist, with a report to be furnished to the Court and all counsel in accordance with 18 U.S.C. § 4247(c). The examination **SHALL** be completed in a reasonable time not to exceed 45 days unless otherwise ordered by the Court.

(2) Because Defendant has been ordered detained, the examination **SHALL** be custodial. *See* D.E. 8.

(3) Pursuant to 18 U.S.C. § 4247(c), the examiner(s) designated to conduct such examination **SHALL** provide a report of the examination via email to the Court

(ingram_chambers@kyed.uscourts.gov) as soon as possible after the completion of such examination, with copies provided to counsel for Defendant and counsel for the United States. The report **SHALL** include:

    a.    Defendant's history and present symptoms;

    b.    a description of the psychiatric, psychological, and medical tests that were employed and their results;

    c.    confirmation that the examiner has secured and considered any medical records the examiner deems necessary to the examiner's findings and opinions;

    d.    the examiner's findings;

    e.    the examiner's opinions as to diagnosis, prognosis, and

        i.    whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense; and

        ii.    whether Defendant was insane at the time of the offense charged; and

    f.    the examiner's curriculum vitae and/or listing containing his/her professional credentials and qualifications.

(4)    Pursuant to Rule 12.2(c)(1)(A), Defendant **SHALL** submit to such examination as ordered above.

(5)    Because the examination ordered hereby is based on defense counsel's interaction with Defendant, the examiner(s) **SHALL** contact counsel for Defendant, Gregory A. Ousley, at (606) 677-1823, as necessary to prepare the report required by this Order.

(6) Defendant **SHALL** be returned to the custody of the United States Marshal at the completion of the evaluation ordered hereby. Defendant **SHALL** thereafter remain in the custody of the Marshal pending further orders of the Court.

(7) Beginning with the date of this order, Defendant's one-way transportation time to the designated facility **SHALL NOT EXCEED ten days, including intermediate Saturdays, Sundays, and legal holidays**. *See United States v. Tinklenberg*, 563 U.S. 647, 661-62 (2011); *United States v. Turner*, 602 F.3d 778, 782 (6th Cir. 2010). Likewise, the period of post-evaluation transportation back to this District shall not exceed ten days.

(8) To ensure accurate Speedy Trial Act monitoring and calculations, within 45 days of the date of entry of this Order, the United States **SHALL** file with the Court a status report that identifies the transport period for Defendant (*i.e.*, Defendant's date of departure from the site of detention in this District, and Defendant's date of arrival at the evaluation site). By no later than the day prior to the post-evaluation competency hearing, the United States **SHALL** file with the Court a status report that identifies the return transport period for Defendant (*i.e.*, Defendant's date of departure from the evaluation site, and Defendant's date of arrival back into custody within this District).

This the 18th day of November, 2025.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge