**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CASE NUMBER 6:25-CR-74-REW**

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

V.

ASHLEY ELIZABETH BEGLEY,                                                  DEFENDANT.

---

### MOTION FOR RE-ARRAIGNMENT

---

COMES NOW the Defendant, Ashley Elizabeth Begley, by and through the undersigned Counsel, and moves this Court to set this matter for Re-Arraignment pursuant to a plea agreement.

Respectfully submitted,

*/s/ Gregory A. Ousley*
GREGORY A. OUSLEY
Attorney at Law, PLLC
605 E. Mt. Vernon Street
Somerset, KY  42501
(606) 677-1823 office
(606) 678-0137 fax
gregory.ousley@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will electronically forward a copy of the foregoing to all Counsel of Record.

*/s/ Gregory A. Ousley*
GREGORY A. OUSLEY
Counsel for Ashley Elizabeth Begley

1