UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:25-cr-00074-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ASHLEY BEGLEY, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court, on its own motion, **RESCHEDULES** Defendant Ashley Begley's sentencing to **October 21, 2026, at 1:30pm.** Either party may file a motion if it objects to the new timing.

This the 1st day of October, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**