**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CASE NO. 6:25-CR-074-REW-HAI**

***ELECTRONICALLY FILED***

**UNITED STATES OF AMERICA,** **PLAINTIFF,**

**VS.**

**ASHLEY ELIZABETH BEGLEY** **DEFENDANT.**

---

**SENTENCING MEMORANDUM**

---

COMES NOW the undersigned Counsel and files the following Sentencing Memorandum on behalf of the Defendant, Ashley Elizabeth Begley, setting forth factors that the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, pursuant to 18 U.S.C. §3553(a). The Defendant is scheduled for a Sentencing hearing on the 21st day of October, in London, Kentucky. Defense Counsel is requesting that the Court sentence the Defendant to a ten-year (10) prison sentence with a 2-year supervised release period.

The guideline range in this case is 120 months. The guidelines range along with the other factors contained in 18 U.S.C. §3553(a) support a sentence of 120 months. The Court must consider the nature and circumstances of the offense and the history and characteristics of the Defendant; the need for the sentence to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the Defendant and to provide the Defendant with the needed

educational or vocational training, medical care, or other correctional treatment in the most effective manner.

The Defendant's history and characteristics support a guideline range sentence. The Defendant committed the instance offense while highly intoxicated. The Defendant struggled with addiction to heroin and was under the influence of this drug when she discharged the firearm in the underlying offense. The Defendant is now sober and clear-headed and has every intent on protecting her sobriety. The Defendant has vocational training in nursing and upon release will find a job and be a productive member of society.

A sentence of 120 months will promote respect for the law and will be a substantial deterrence to others in the community. A sentence of 120 months will be more than sufficient to protect the public from the Defendant and will give her time to take advantage of programing within the BOP.

WHEREFORE, a sentence of ten years (10) with 2 years of supervise release will meet all the other factors listed in 18 U.S.C. §3553(a).

Respectfully submitted,

*/s/ Gregory A. Ousley*

GREGORY A. OUSLEY
Attorney at Law, PLLC
605 E. Mt. Vernon Street
Somerset, KY 42501
(606) 677-1823 office
gregory.ousley@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing using the CM/ECF system, which will electronically forward a copy of the foregoing to all Counsel of Record.

*/s/ Gregory A. Ousley*
GREGORY A. OUSLEY